DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BOCA VIEW CONDOMINIUM ASSOCIATION, INC.,** and
**POINTE MANAGEMENT GROUP, INC.,**
Appellants,

v.

**LOURENCO OLIVEIRA FARIA,**
Appellee.

No. 4D17-1934

[May 3, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Edward A. Garrison, Judge; L.T. Case No. 2015CA011150.

Allen M. Levine, Daniel L. Wallach and JoAnn Burnett of Becker & Poliakoff, P.A., Fort Lauderdale, for appellant.

Andrew M. Schwartz of Andrew M. Schwartz, P.A., Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and TAYLOR, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***